UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| JOHN JACOB JINGLEHEIMER SCHMIDT, ) | | |
| ) | | |
| Plaintiff, ) | 3:09-cv-00303-LRH-VPC | |
| ) | | |
| v. ) | | |
| ) | O R D E R | |
| THE CATHOLIC CHURCH, et al., ) | | |
| ) | | |
| Defendants. ) | | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#2[1]) entered on August 28, 2009, recommending granting Plaintiff's motion to proceed *in forma pauperis* (#1) and dismissing this action with prejudice as frivolous. Plaintiff filed his objections to the Report and Recommendation (#3) on September 14, 2009.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#2) entered on August 28, 2009, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

---

[1] Refers to court's docket number.

(#2) entered on August 28, 2009, is adopted and accepted, and plaintiff's motion to proceed *in forma pauperis* (#1) is GRANTED.

  IT IS FURTHER ORDERED that this action is DISMISSED with prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

  IT IS SO ORDERED.

  DATED this 16th day of June, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE